**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) Case Number **10−41866**

UNITED STATES BANKRUPTCY COURT Eastern District of Texas

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 6/7/10 and was converted to a case under chapter 7 on 6/24/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**

**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Ryan Weaver<br>fdba Weavers Distributing<br>3717 Redwood Cir<br>Melissa, TX 75454 | Christy Dawn Weaver<br>aka Christy Dawn Tooley, aka Christy Tooley−Weaver<br>3717 Redwood Cir<br>Melissa, TX 75454 |
| Case Number:<br>10−41866 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−8759<br>xxx−xx−5176 |
| Attorney for Debtor(s) (name and address):<br>Mark S. Rubin<br>Rubin & Associates, P.C.<br>13601 Preston Rd<br>Suite 500E<br>Dallas, TX 75240<br>Telephone number: (214) 742−6900 | Bankruptcy Trustee (name and address):<br>Michelle Chow<br>4115 N. Central Expressway<br>Dallas, TX 75204<br>Telephone number: (214) 521−6627 |

## Meeting of Creditors

Date: **July 19, 2013** Time: **10:15 AM**

Location: **Southfork Hotel, 1600 N. Central Expressway, Plano, TX 75074**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/17/13**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number: (972)509−1240 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 6/24/13 |

# EXPLANATIONS

**B9A (Official Form 9A) (12/12)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint −− or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) −− in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court
Eastern District of Texas

In re:
Christopher Ryan Weaver
Christy Dawn Weaver
Debtors

Case No. 10-41866-btr
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: alcaraze Page 1 of 4 Date Rcvd: Jun 24, 2013
Form ID: B9a Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2013.

db/jdb +Christopher Ryan Weaver, Christy Dawn Weaver, 3717 Redwood Cir, Melissa, TX 75454-2542
aty +Alan R. Scheinthal, 4635 Southwest Freeway, Suite 720, Houston, TX 77027-7105
aty +Alexander Wolfe, Buckley Madole, P.C., 9441 LBJ Freeway, Ste. 250, Dallas, TX 75243-4640
aty +David McCall, Gay, McCall, Isaacks, et al, 777 East 15th Street, Plano, TX 75074-5799
aty +Joe Lozano, Buckley Madole, P.C., 9441 LBJ Frwy., Ste. 350, Dallas, TX 75243-4652
aty +Mary A. Daffin, Barrett Daffin Frappier Turner & Engel, 1900 St. James Place, Suite 500, Houston, TX 77056-4125
aty +Patti H. Bass, Bass & Associates, 3936 E. Ft. Lowell Rd. Suite 200, Tucson, AZ 85712-1083
cr +BAC Home Loans Servicing LP, 7105 CORPORATE DRIVE, PLANO, TX 75024-4100
cr +Bank of America, N.A., successor by merger to BAC, 2380 Performance Dr. Bldg C Mail Stop: R, Richardson, TX 75082-4333
cr +COLLIN COUNTY, GAY, MCCALL ISAACKS ET., AL, 777 E. 15TH ST., PLANO, TX 75074-5799
cr +Capital One, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083
cr +City of Melissa, c/o Perdue, Brandon, Fielder, et al, P. O. Box 13430, Arlington, TX 76094-0430
5734895 Attorney General State of Texas, Collections Div Bankruptcy, PO Box 12548, Austin TX 78711 2548
5860866 +BAC HOME LOAN SERVICING,LP, 400 NATIONAL WAY,MAIL STOP CA6-919-01-23, SIMI VALLEY,CALIFORNIA 93065-6414
5737510 BAC Home Loans Servicing LP, PO Box 650070, Dallas TX 75265 0070
6312707 +Capital One, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083
5743878 City of Melissa, c/o Perdue, Brandon, Fielder, etal, P.O. Box 13430, Arlington, Texas 76094-0430
5737513 +City of Melissa, 3411 Barker Ave, Melissa TX 75454-9569
5737514 +Collin County, Gay McCall Isaaks Gordon and Roberts PC, 777 E 15th St, Plano TX 75074-5799
5737515 +Collin County Community College, Gay McCall Isaaks Gordon and Roberts PC, 777 E 15th St, Plano TX 75074-5799
5734897 Janna L Countryman, Chapter 13 Trustee, PO Box 941166, Plano TX 75094 1166
5737518 Melissa ISD, Linebarger Goggan Blair and Sampson, 2323 Bryan St Suite 1720, Dallas TX 75201 2644
5737519 +NCO Financial Systems Inc, 30600 Telegraph Rd Suite 4235, Bingham Farms MI 48025-5815
5737520 +Northlake OBGYN, 7777 Forest Ln Bldg G Suite 234, Dallas TX 75230-2571
5815028 +Pinnacle Anesthesia, c/o Creditors Bankruptcy Service, P O Box 740933, Dallas, TX 75374-0933
5737522 +Pinnacle Anesthesia Consultants, 13601 Preston Rd Suite 900W, Dallas TX 75240-4908
5734898 +Rubin & Associates, P.C., 13601 Preston Road, Suite 500E, Dallas, TX 75240-4964
5734899 State Comptroller of Public Accounts, 111 E 17th St, Austin TX 78774 0100
5737528 +TWC Revenue and Trust Management, PO Box 149352, Austin TX 78714-9352
5737525 +Texas Department of Public Safety, PO Box 16733, Austin TX 78761-6733
6440482 Toyota Motor Credit Corporation, c/o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
5734903 +US Attorney General, Department of Justice, Main Justice Building, 10th and Constitution Ave NW, Washington DC 20530-0001
5734902 US Attorney General, US Department of Justice, 950 Pennsylvania Ave NW, Washington DC 20530 0001
5734904 +US Department of HUD Title 1, 52 Corporate Circle, Albany NY 12203-5166
5734901 +United States Attorney, Eastern District of Texas, 350 Magnolia St Suite 150, Beaumont TX 77701-2254
5734905 +Veterans Administration, 1400 N Valley Mills Dr, Waco TX 76799-0002
5835837 ++WACHOVIA DEALER SERVICES INC, BK DEPARTMENT, PO BOX 19657, IRVINE CA 92623-9657 (address filed with court: WELLS FARGO DEALER SERVICES, PO BOX 19657, IRVINE,CA 92623-9657)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

aty E-mail/Text: ebcalvo@pbfcm.com Jun 25 2013 02:53:41 Elizabeth Banda Calvo, Perdue, Brandon, Fielder, Collins & Mott, 4025 Woodland Park Blvd., Suite 300, PO Box 13430, Arlington, TX 76094-0430
aty +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 25 2013 03:09:34 Laurie Spindler Huffman, Linebarger, Goggan, Blair & Sampson, 2323 Bryan St., Suite 1600, Dallas, TX 75201-2644
aty E-mail/Text: bankruptcy2@rubin-owens.com Jun 25 2013 02:20:41 Mark S. Rubin, Rubin & Associates, P.C., 13601 Preston Rd, Suite 500E, Dallas, TX 75240
tr +EDI: QMHCHOW.COM Jun 25 2013 01:43:00 Michelle Chow, 4115 N. Central Expressway, Dallas, TX 75204-2126
ust +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jun 25 2013 03:05:08 US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231
cr +EDI: BASSASSOC.COM Jun 25 2013 01:44:00 Hsbc Bank Nevada, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083
cr +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 25 2013 03:09:34 Melissa ISD, c/o Laurie Spindler, Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan St., Suite 1600, Dallas, TX 75201-2644
cr EDI: AIS.COM Jun 25 2013 01:44:00 Midland Funding LLC by American InfoSource LP as a, PO Box 4457, Houston, TX 77210-4457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

cr EDI: RECOVERYCORP.COM Jun 25 2013 01:43:00 Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605
cr E-mail/Text: ebn@vativrecovery.com Jun 25 2013 03:03:07 Vativ Recovery Solutions, LLC, P.O. Box 40728, Houston, TX 77240-0728
5779190 EDI: RESURGENT.COM Jun 25 2013 01:43:00 CR Evergreen, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221
5737511 +EDI: CHASE.COM Jun 25 2013 01:43:00 Chase Bank One Bankruptcy, PO Box 15145, Wilmington DE 19850-5145
5737512 +EDI: CITICORP.COM Jun 25 2013 01:43:00 Citi Cards Bankruptcy, PO Box 20507, Kansas City MO 64195-0507
6161712 +EDI: RESURGENT.COM Jun 25 2013 01:43:00 East Bay Funding, LLC, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288
5859075 EDI: RECOVERYCORP.COM Jun 25 2013 01:43:00 GE Money Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605
5737516 +EDI: HFC.COM Jun 25 2013 01:43:00 HSBC Bankruptcy Department, PO Box 5213, Carol Stream IL 60197-5213
5847972 +EDI: BASSASSOC.COM Jun 25 2013 01:44:00 HSBC Bank Nevada, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083
5734896 EDI: IRS.COM Jun 25 2013 01:43:00 Internal Revenue Service CIO, PO Box 21126, Philadelphia PA 19114
5737517 +EDI: RMSC.COM Jun 25 2013 01:43:00 JC Penney GE Money Bank Bankruptcy, PO Box 103104, Roswell GA 30076-9104
5794779 +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 25 2013 03:09:34 Melissa ISD, c/o Laurie Spindler Huffman, Linebarger Goggan Blair & Sampson,LLP, 2323 Bryan Street Suite 1600, Dallas, Tx 75201-2644
6446287 EDI: AIS.COM Jun 25 2013 01:44:00 Midland Funding LLC, by American InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457
5780367 +E-mail/Text: bknotice@ncmllc.com Jun 25 2013 02:27:44 National Capital Management, LLC., 8245 Tournament Drive, Suite 230, Memphis, TN 38125-1741, USA
6529433 +EDI: PRA.COM Jun 25 2013 01:44:00 PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067
5764740 E-mail/Text: ebn@vativrecovery.com Jun 25 2013 03:03:07 Palisades Acquisition IX LLC, Vativ Recovery Solutions LLC, As Agent For Palisades Acquisition IX LL, P.O. Box 40728, Houston, TX 77240-0728
5737521 +E-mail/Text: ebn@vativrecovery.com Jun 25 2013 03:03:07 Palisades Collection LLC, 210 Sylvan Ave, Englewood Cliffs NJ 07632-2524
5764739 E-mail/Text: ebn@vativrecovery.com Jun 25 2013 03:03:07 Palisades Collections, LLC, Vativ Recovery Solutions LLC, As Agent For Palisades Collections, P.O. Box 40728, Houston, TX 77240-0728
6436739 EDI: RECOVERYCORP.COM Jun 25 2013 01:43:00 Portfolio Investments II LLC, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605
5743385 EDI: RECOVERYCORP.COM Jun 25 2013 01:43:00 Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605
5783134 +EDI: SALMAEGUARANTEE.COM Jun 25 2013 01:43:00 Sallie Mae Inc. on behalf of OGSLP, 421 NW 13th St, Oklahoma City, OK 73103-3701
5737523 EDI: SALMAESERVICING.COM Jun 25 2013 01:44:00 SallieMae Correspondence, PO Box 9500, WilkesBarre PA 18773 9500
5737524 EDI: RMSC.COM Jun 25 2013 01:43:00 Sams Club Bankruptcy, PO Box 103126, Roswell GA 30076
5737527 EDI: TFSR.COM Jun 25 2013 01:44:00 Toyota Financial Services, 5005 N River Blvd, Cedar Rapids IA 52411
5737526 EDI: TFSR.COM Jun 25 2013 01:44:00 Toyota Financial Services, PO Box 5855, Carol Stream IL 60197
5737529 E-mail/Text: txu_legal_collections@txu.com Jun 25 2013 03:14:34 TXU Energy Consumer Markets, Attn Correspondence, PO Box 662888, Dallas TX 75266 2888
5734900 +E-mail/Text: redpacer@twc.state.tx.us Jun 25 2013 02:35:28 Texas Workforce Commission, TEC Bldg Tax Dept, Austin TX 78778-0001
6440482 EDI: BL-TOYOTA.COM Jun 25 2013 01:44:00 Toyota Motor Credit Corporation, c/o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
5737530 +EDI: WFFC.COM Jun 25 2013 01:43:00 Wells Fargo Auto Bankruptcy Dept, PO Box 7648, Boise ID 83707-1648
5737531 +EDI: WESTASSET.COM Jun 25 2013 01:44:00 West Asset Mgmt, 2703 N Hwy 75, Sherman TX 75090-2567
5734906 +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jun 25 2013 03:05:08 William T Neary, U.S. Trustee, Eastern District of Texas, 110 N College Suite 300, Tyler TX 75702-7231
6525218 +EDI: BASSASSOC.COM Jun 25 2013 01:44:00 eCAST Settlement Corporation, c/o Bass & Associates, P.C., 3936 E Ft. Lowell, Suite 200, Tucson, AZ 85712-1083
5793577 EDI: ECAST.COM Jun 25 2013 01:43:00 eCAST Settlement Corporation, assignee, of Citibank (South Dakota), N.A., POB 29262, New York, NY 10087-9262

TOTAL: 41

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr Wells Fargo Dealer Services, Inc. f/k/a Wachovia D

District/off: 0540-4 User: alcaraze Page 3 of 4 Date Rcvd: Jun 24, 2013
Form ID: B9a Total Noticed: 77

cr* +East Bay Funding, LLC, c/o Resurgent Capital Services, PO Box 288, GREENVILLE, SC 29602-0288
cr* +PRA Receivables Management, LLC, POB 41067, NORFOLK, VA 23541-1067
cr* +eCAST Settlement Corporation, c/o Bass & Associates, P.C., 3936 E Ft. Lowell, Suite 200, TUCSON, AZ 85712-1083
5738242* BAC Home Loans Servicing LP, PO Box 650070, Dallas TX 75265 0070
5738243* +Chase Bank One Bankruptcy, PO Box 15145, Wilmington DE 19850-5145
5738244* +Citi Cards Bankruptcy, PO Box 20507, Kansas City MO 64195-0507
5738245* +City of Melissa, 3411 Barker Ave, Melissa TX 75454-9569
5738246* +Collin County, Gay McCall Isaaks Gordon and Roberts PC, 777 E 15th St, Plano TX 75074-5799
5738247* +Collin County Community College, Gay McCall Isaaks Gordon and Roberts PC, 777 E 15th St, Plano TX 75074-5799
5738248* +HSBC Bankruptcy Department, PO Box 5213, Carol Stream IL 60197-5213
5738249* +JC Penney GE Money Bank Bankruptcy, PO Box 103104, Roswell GA 30076-9104
5738250* Melissa ISD, Linebarger Goggan Blair and Sampson, 2323 Bryan St Suite 1720, Dallas TX 75201 2644
5738251* +NCO Financial Systems Inc, 30600 Telegraph Rd Suite 4235, Bingham Farms MI 48025-5815
5738252* +Northlake OBGYN, 7777 Forest Ln Bldg G Suite 234, Dallas TX 75230-2571
5738253* +Palisades Collection LLC, 210 Sylvan Ave, Englewood Cliffs NJ 07632-2524
5738254* +Pinnacle Anesthesia Consultants, 13601 Preston Rd Suite 900W, Dallas TX 75240-4908
5738255* SallieMae Correspondence, PO Box 9500, WilkesBarre PA 18773 9500
5738256* Sams Club Bankruptcy, PO Box 103126, Roswell GA 30076
5738259* ++TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 (address filed with court: Toyota Financial Services, 5005 N River Blvd, Cedar Rapids IA 52411)
5738258* ++TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 (address filed with court: Toyota Financial Services, PO Box 5855, Carol Stream IL 60197)
5738260* +TWC Revenue and Trust Management, PO Box 149352, Austin TX 78714-9352
5738261* TXU Energy Consumer Markets, Attn Correspondence, PO Box 662888, Dallas TX 75266 2888
5738257* +Texas Department of Public Safety, PO Box 16733, Austin TX 78761-6733
5738262* +Wells Fargo Auto Bankruptcy Dept, PO Box 7648, Boise ID 83707-1648
5738263* +West Asset Mgmt, 2703 N Hwy 75, Sherman TX 75090-2567

TOTALS: 1, * 25, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013** **Signature:** Joseph Speetjens

District/off: 0540-4 User: alcaraze Page 4 of 4 Date Rcvd: Jun 24, 2013
Form ID: B9a Total Noticed: 77

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2013 at the address(es) listed below:

Alan R. Scheinthal on behalf of Creditor Wells Fargo Dealer Services, Inc. f/k/a Wachovia Dealer Services, Inc. ascheinthal@hotmail.com
Alexander Wolfe on behalf of Creditor City of Melissa alexander.wolfe@buckleymadole.com
David McCall on behalf of Creditor COLLIN COUNTY bankruptcy@ntexas-attorneys.com
Elizabeth Banda Calvo on behalf of Creditor City of Melissa rgleason@pbfcm.com, ebcalvo@pbfcm.com
Janna L. Countryman, ECFch13plano@ch13plano.com
Joe Lozano on behalf of Creditor BAC Home Loans Servicing LP notice@bkcylaw.com
Laurie Spindler Huffman on behalf of Creditor Melissa ISD laurie.spindler@publicans.com, Matilde.Alvarado@publicans.com
Mark S. Rubin on behalf of Joint Debtor Christy Dawn Weaver bankruptcy2@rubin-owens.com, Notices.bankruptcy@rubin-owens.com;matt.rubin.bk.notices@hotmail.com
Mark S. Rubin on behalf of Debtor Christopher Ryan Weaver bankruptcy2@rubin-owens.com, Notices.bankruptcy@rubin-owens.com;matt.rubin.bk.notices@hotmail.com
Mary A. Daffin on behalf of Creditor BAC Home Loans Servicing LP edecf@BDFGROUP.com
Michelle Chow chowtrustee@swbell.net, mchow@ecf.epiqsystems.com
Patti H. Bass on behalf of Creditor Hsbc Bank Nevada, N.A. ecf@bass-associates.com
Patti H. Bass on behalf of Creditor Capital One, N.A. ecf@bass-associates.com
Recovery Management Systems Corporation claims@recoverycorp.com
US Trustee USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 15